UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL PADILLA, | No. 2:12-cv-238-MCE-AC (HC) |
| Petitioner, | |
| v. | ORDER |
| G. LEWIS, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 18, 2012, respondent lodged documents in paper with the Clerk of Court. (See ECF No. 20.) All of respondent's lodged documents concern petitioner's state appellate proceedings in the California Court of Appeal for the Third Appellate District and the California Supreme Court. Respondent did not file a copy of the transcript from petitioner's criminal trial in the San Joaquin County Superior Court. This transcript is necessary for the court to properly address petitioner's claims under 28 U.S.C. § 2254.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, respondent shall file a copy of the state trial court transcript discussed above.

DATED: March 4, 2014

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1